Certificate Number: 17082-PAE-DE-031972993

Bankruptcy Case Number: 18-17826



17082-PAE-DE-031972993

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2018, at 12:16 o'clock PM MST, MARYANNE E MAJERCAK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 1, 2018            By:    /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title: Executive Director