IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MICHAEL STEPHEN MAJERCAK        :
         MARYANNE ELIZABETH MAJERCAK     :
                                         : 18-17826-REF
                    Debtors              : CHAPTER 13

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

| | | |
|---|---|---|
| | $ 4,500.00 | for attorney's fees |
| | $ 0.00 | for expenses |
| | $ 4,500.00 | TOTAL for fees AND expenses |
| LESS | $ 1,290.00 | credit for funds already received; equals |
| | $ 3,210.00 | BALANCE DUE |

ENTERED: **June 17, 2019**       _____
                                                                  J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor