United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Stephen Majercak  
Maryanne Elizabeth Majercak  
    Debtors

Case No. 18-17826-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 17, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.  
db/jdb         Michael Stephen Majercak,    Maryanne Elizabeth Majercak,    2108 Main St,    Whitehall, PA   18052-4710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:  
       LYNN E. FELDMAN    on behalf of Joint Debtor Maryanne Elizabeth Majercak feldmanfiling@rcn.com  
       LYNN E. FELDMAN    on behalf of Debtor Michael Stephen Majercak feldmanfiling@rcn.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
       ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL STEPHEN MAJERCAK       :
        MARYANNE ELIZABETH MAJERCAK    :
                                                               : 18-17826-REF
                      Debtors                          :  CHAPTER 13

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

       $ _____4,500.00_____ for attorney's fees
       $ _____0.00_____ for expenses
       $ _____4,500.00_____ TOTAL for fees AND expenses
LESS $ _____1,290.00_____ credit for funds already received; equals
       $ _____3,210.00_____ BALANCE DUE

ENTERED: **June 17, 2019**          _____
                                                                                         J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor