| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-17826-PMM

MICHAEL STEPHEN MAJERCAK
MARYANNE ELIZABETH MAJERCAK
2108 MAIN ST
WHITEHALL  PA    18052-4710

Petition Filed Date: 11/28/2018
341 Hearing Date: 01/29/2019
Confirmation Date: 05/16/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $50.00 | 17836566144 | 02/13/2019 | $50.00 | | 03/18/2019 | $50.00 | |
| 04/15/2019 | $50.00 | | 05/30/2019 | $50.00 | Automatic Payr | 07/08/2019 | $50.00 | Automatic Payr |
| 07/22/2019 | $50.00 | Automatic Payr | 08/26/2019 | $50.00 | Automatic Payr | 09/23/2019 | $50.00 | Automatic Payr |
| 10/23/2019 | $50.00 | | 11/22/2019 | $50.00 | | 12/26/2019 | $50.00 | |
| 01/23/2020 | $50.00 | | 02/25/2020 | $50.00 | | 03/23/2020 | $50.00 | |
| 04/22/2020 | $50.00 | | 05/22/2020 | $50.00 | | 06/22/2020 | $50.00 | |
| 07/22/2020 | $50.00 | | | | | | | |

**Total Receipts for the Period: $950.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $1,054.43 | $0.00 | $1,054.43 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $1,856.61 | $0.00 | $1,856.61 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $1,596.80 | $0.00 | $1,596.80 |
| 14 | CITIBANK NA »» 014 | Unsecured Creditors | $1,639.22 | $0.00 | $1,639.22 |
| 1 | CREDIT ACCEPTANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS) »» 012 | Unsecured Creditors | $1,142.71 | $0.00 | $1,142.71 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $2,859.58 | $0.00 | $2,859.58 |
| 6 | PEOPLE FIRST FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $2,861.70 | $0.00 | $2,861.70 |
| 2 | QUICKEN LOANS INC »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | RECEIVABLES MANAGEMENT SYSTEMS »» 013 | Unsecured Creditors | $58.11 | $0.00 | $58.11 |
| 3 | SANTANDER BANK NA »» 003 | Unsecured Creditors | $5,693.12 | $0.00 | $5,693.12 |
| 4 | SANTANDER BANK NA »» 004 | Unsecured Creditors | $21,753.29 | $0.00 | $21,753.29 |

**Chapter 13 Case No. 18-17826-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 5 | US BANK NA<br>»»  005 | Unsecured Creditors | $2,933.15 | $0.00 | $2,933.15 |
| 15 | WELLS FARGO DEALER SERVICES<br>»»  015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LYNN E FELDMAN ESQ<br>»»  016 | Attorney Fees | $3,210.00 | $864.90 | $2,345.10 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Current Monthly Payment: | $50.00 |
| Paid to Claims: | $864.90 | Arrearages: | $0.00 |
| Paid to Trustee: | $90.10 | Total Plan Base: | $15,250.00 |
| Funds on Hand: | $45.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.