# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MICHAEL MAJERCAK

MARYANNE ELIZABETH MAJERCAK        :        CHAPTER 13
:
:
Debtors        :        BKY NO. 18-17826PMM

## ORDER

AND NOW, upon consideration of Debtors' First Motion to Modify Plan After Confirmation, the First Post Confirmation Modified Plan is confirmed.

*BY THE COURT:*

DATED: **March 25, 2021**

*Patricia M. Mayer*
**United States Bankruptcy Judge**