| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17826-PMM**

MICHAEL STEPHEN  MAJERCAK
MARYANNE ELIZABETH  MAJERCAK
2108 MAIN ST
WHITEHALL  PA   18052-4710

Petition Filed Date: 11/28/2018
341 Hearing Date: 01/29/2019
Confirmation Date: 05/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $50.00 | | 02/25/2020 | $50.00 | | 03/23/2020 | $50.00 | |
| 04/22/2020 | $50.00 | | 05/22/2020 | $50.00 | | 06/22/2020 | $50.00 | |
| 07/22/2020 | $50.00 | | 08/24/2020 | $50.00 | | 09/22/2020 | $50.00 | |
| 10/22/2020 | $50.00 | | 11/23/2020 | $50.00 | | 01/07/2021 | $50.00 | |
| 01/26/2021 | $50.00 | | 02/25/2021 | $50.00 | | 03/25/2021 | $400.00 | |
| 04/26/2021 | $400.00 | | 05/26/2021 | $400.00 | | | | |

**Total Receipts for the Period: $1,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $1,054.43 | $0.00 | $1,054.43 |
| 10 | AMERICAN INFOSOURCE LP<br>»» 010 | Unsecured Creditors | $1,856.61 | $0.00 | $1,856.61 |
| 11 | AMERICAN INFOSOURCE LP<br>»» 011 | Unsecured Creditors | $1,596.80 | $0.00 | $1,596.80 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $1,639.22 | $0.00 | $1,639.22 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 012 | Unsecured Creditors | $1,142.71 | $0.00 | $1,142.71 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $2,859.58 | $0.00 | $2,859.58 |
| 6 | PEOPLE FIRST FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,861.70 | $0.00 | $2,861.70 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | RECEIVABLES MANAGEMENT SYSTEMS<br>»» 013 | Unsecured Creditors | $58.11 | $0.00 | $58.11 |
| 3 | SANTANDER BANK NA<br>»» 003 | Unsecured Creditors | $5,693.12 | $0.00 | $5,693.12 |
| 4 | SANTANDER BANK NA<br>»» 004 | Unsecured Creditors | $21,753.29 | $0.00 | $21,753.29 |
| 5 | US BANK NA<br>»» 005 | Unsecured Creditors | $2,933.15 | $0.00 | $2,933.15 |

**Chapter 13 Case No. 18-17826-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | WELLS FARGO DEALER SERVICES<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LYNN E FELDMAN ESQ<br>»» 016 | Attorney Fees | $3,210.00 | $1,976.40 | $1,233.60 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,550.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $1,976.40 | Arrearages: | ($50.00) |
| Paid to Trustee: | $213.60 | Total Plan Base: | $14,500.00 |
| Funds on Hand: | $360.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.