UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Stephen Majercak and Maryanne Elizabeth Majercak aka Maryanne Nichol <br> Debtor | Case No.: 18-17826 <br> Adversary No.: <br> Chapter: 13 <br> Judge: Patricia M Mayer |

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255

MC: 10-421-CP2

Reading, PA 19612

New Payment Address:

PO Box 847051

Boston, MA 02284-7051

Date: 10/24/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter #13 |
| Michael Stephen Majercak and Maryanne Elizabeth | Case No. 18-17826 |
| Majercak aka Maryanne Nichol | Honorable Patricia M Mayer |

Debtors

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on October 24, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 24th day of October 2021.

*Melissa A. Epler*
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Michael and Maryanne Majercak
2108 Main St
Whitehall, PA 18052

VIA ECF
Scott F Waterman
2901 Saint Lawrence Ave Ste 100
Reading, PA 19606

Lynn E Feldman
feldmanfiling@rcn.com