Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-17826-PMM**

MICHAEL STEPHEN  MAJERCAK  
MARYANNE ELIZABETH  MAJERCAK  
2108 MAIN ST  
WHITEHALL  PA     18052-4710

Petition Filed Date: 11/28/2018  
341 Hearing Date: 01/29/2019  
Confirmation Date: 05/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $400.00 | | 05/26/2021 | $400.00 | | 06/28/2021 | $400.00 | |
| 07/26/2021 | $400.00 | | 08/25/2021 | $400.00 | | 09/28/2021 | $400.00 | |
| 10/25/2021 | $400.00 | | 11/29/2021 | $400.00 | | 12/28/2021 | $400.00 | |
| 01/25/2022 | $400.00 | | 02/28/2022 | $400.00 | | 03/25/2022 | $400.00 | |
| 04/25/2022 | $400.00 | | 05/25/2022 | $400.00 | | 06/29/2022 | $400.00 | |
| 07/25/2022 | $400.00 | | | | | | | |

**Total Receipts for the Period: $6,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $1,054.43 | $73.05 | $981.38 |
| 10 | AMERICAN INFOSOURCE LP<br>»» 010 | Unsecured Creditors | $1,856.61 | $144.39 | $1,712.22 |
| 11 | AMERICAN INFOSOURCE LP<br>»» 011 | Unsecured Creditors | $1,596.80 | $124.15 | $1,472.65 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $1,639.22 | $127.43 | $1,511.79 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 012 | Unsecured Creditors | $1,142.71 | $79.19 | $1,063.52 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $2,859.58 | $222.35 | $2,637.23 |
| 6 | PEOPLE FIRST FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,861.70 | $222.53 | $2,639.17 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | RECEIVABLES MANAGEMENT SYSTEMS<br>»» 013 | Unsecured Creditors | $58.11 | $0.00 | $58.11 |
| 3 | SANTANDER BANK NA<br>»» 003 | Unsecured Creditors | $5,693.12 | $442.68 | $5,250.44 |
| 4 | SANTANDER BANK NA<br>»» 004 | Unsecured Creditors | $21,753.29 | $1,691.48 | $20,061.81 |
| 5 | US BANK NA<br>»» 005 | Unsecured Creditors | $2,933.15 | $228.04 | $2,705.11 |

**Chapter 13 Case No. 18-17826-PMM**

| 15 | WELLS FARGO DEALER SERVICES »» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LYNN E FELDMAN ESQ »» 016 | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,150.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $7,065.29 | Arrearages: | ($50.00) |
| Paid to Trustee: | $693.60 | Total Plan Base: | $14,500.00 |
| Funds on Hand: | $391.11 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.