United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Stephen Majercak  
Maryanne Elizabeth Majercak  
    Debtors

Case No. 18-17826-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael Stephen Majercak, Maryanne Elizabeth Majercak, 2108 Main St, Whitehall, PA 18052-4710 |
| 14236820 | | CBALV/ People First FCU, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 14260146 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Federal Credit Union, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 14236824 | | Pioneer, PO Box 500, Horseheads, NY 14845-0500 |
| 14241374 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14236827 | +++ | Santander Bank, PO Box 847051, Boston, MA 02284-7051 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 21 2022 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2022 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14236818 | | Email/Text: bnc-capio@quantum3group.com | Dec 21 2022 00:08:00 | Capio Partners, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 14236819 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2022 00:15:04 | Capital One, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 14263478 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2022 00:15:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14262360 | + | Email/Text: RASEBN@raslg.com | Dec 21 2022 00:08:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14269578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2022 00:14:58 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14236968 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 21 2022 00:08:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14236822 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 21 2022 00:08:00 | Credit Acceptance Corporation, PO Box 513, Southfield, MI 48037-0513 |
| 14236823 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2022 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14236821 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2022 00:15:03 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14263364 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 00:14:57 | Portfolio Recovery Associates, LLC, POB 41067, |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14269484 | + | Email/Text: joey@rmscollect.com | Dec 21 2022 00:08:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14236825 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 21 2022 00:08:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14248997 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 21 2022 00:08:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14236826 | | Email/Text: joey@rmscollect.com | Dec 21 2022 00:08:00 | Receivable Management, 7206 Hull Street Rd Ste 211, Richmond, VA 23235-5826 |
| 14255660 | + | Email/Text: DeftBkr@santander.us | Dec 21 2022 00:08:00 | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 14237687 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 00:15:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14236828 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2022 00:15:05 | THD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14257181 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 21 2022 00:08:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14236829 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 21 2022 00:08:00 | US Bank, PO Box 108, Saint Louis, MO 63166-0108 |
| 14269630 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 21 2022 00:15:01 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14236830 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 21 2022 00:14:57 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14263366 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Maryanne Elizabeth Majercak feldmanfiling@rcn.com |
| LYNN E. FELDMAN | on behalf of Debtor Michael Stephen Majercak feldmanfiling@rcn.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael Stephen Majercak and
Maryanne Elizabeth Majercak
        Debtor(s)

Case No: 18−17826−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/20/22