# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Maryanne Elizabeth Majercak aka Maryanne Nichol<br>Michael Stephen Majercak<br>                       **Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                       **Movant**<br>      vs.<br><br>**Maryanne Elizabeth Majercak aka Maryanne Nichol**<br>**Michael Stephen Majercak**<br>                       **Debtor(s)**<br><br>**Scott Waterman**,<br>                       **Trustee** | **BK NO. 18-17826 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 2** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 26, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Maryanne Elizabeth Majercak aka Maryanne Nichol
2108 Main Street
Whitehall, PA 18052-4710

Michael Stephen Majercak
2108 Main Street
Whitehall, PA 18052-4710

Attorney for Debtor(s)
Lynn E. Feldman, Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

Trustee
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>October 26, 2022</u>

                                                **/s/Brian C. Nicholas Esquire**
                                                Brian C. Nicholas Esquire
                                                Attorney I.D. 317240
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                201-549-5366
                                                bnicholas@kmllawgroup.com